**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02637-RBJ

NIKI DANE, and
MATTHEW DANE,

Plaintiffs,

v.

UNITED STATES GOVERNMENT,

Defendant.

---

**JOINT STIPULATION FOR DISMISSAL**

---

Plaintiffs Niki Dane and Matthew Dane, through their undersigned counsel, and Defendant the United States, through its undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(l), stipulate to dismiss this action, with prejudice, each party to pay its own costs, and for good cause therefor state:

1. In accordance with the provisions of a Stipulation for Compromised Settlement, the parties no longer have any dispute with respect to the matters raised in the subject lawsuit.

WHEREFORE, this action should be dismissed, with prejudice, each party to pay its own costs.

Respectfully submitted this 15th day of August, 2012.

s/ Christopher P. Koupal
Christopher P. Koupal #35516
CHALAT HATTEN KOUPAL & BANKER PC
1900 Grant St., Ste. 1050
Denver, CO 80203
Counsel for Plaintiffs

JOHN F. WALSH
United States Attorney

s/ Marcy E. Cook
Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0171
Fax: (303) 454-0404
E-mail: marcy.cook@usdoj.gov
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Christopher P. Koupal
ckoupal@chalatlaw.com
Counsel for Plaintiffs

I also hereby certify that on this 15th day of August, 2012, I have mailed or served the foregoing document to the following non-CM/ECF participant(s) in the manner (mail, e-mail, etc.) indicated by the nonparticipant's name:

None

s/ Marcy E. Cook
Marcy E. Cook